UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NABEEL YOUSIF,

    Plaintiff,

v.                                                                                          Case No. 07-13769
                                                                                            Honorable Patrick J. Duggan

ACUMENT GLOBAL
TECHNOLOGIES, INC., TEXTRON
FASTENING SYSTEMS, INC.,
TEXTRON, INC., PLATINUM EQUITY
ADVISORS LLC, TFS FASTENING
SYSTEMS LLC, and ACUMENT
FASTENING SYSTEMS LLC,

    Defendants.
_____/

## OPINION AND ORDER

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on December 18, 2007.

PRESENT:    THE HONORABLE PATRICK J. DUGGAN
                  U.S. DISTRICT COURT JUDGE

Plaintiff initiated this action after his employment with Defendant Acument Fastening Systems LLC ("Acument Fastening") was terminated. Plaintiff, an Iraqi-born United States citizen who is sixty years of age, claims that his termination resulted from national origin and age discrimination and retaliation in violation of state and federal law. Plaintiff alleges that each of the defendants named in this action are liable for his wrongful termination.

Claiming that they were not Plaintiff's employer and are not liable for his

termination under any viable theory, Defendants Textron, Inc. and Platinum Equity Advisors LLC now move the Court to dismiss them from this action pursuant to Federal Rule of Civil Procedure 12(b)(6).  Alternatively, Textron and Platinum Equity Advisors move for summary judgment pursuant to Federal Rule of Civil Procedure 56.  The Court finds it unnecessary to consider matters outside the pleadings in order to resolve Textron's and Platinum Equity Advisor's motion; and therefore, the Court will decide the motion pursuant to Rule 12(b)(6).  Applying the appropriate standard of review for such motions and for the reasons stated on the record at a hearing on December 18, 2007, the Court grants the motion.

Accordingly,

**IT IS ORDERED**, that Textron's and Platinum Equity Advisors' motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) is **GRANTED** and Textron and Platinum Equity Advisors are **DISMISSED WITHOUT PREJUDICE**.

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:
Donald A. Van Suilichem, Esq.
Darcie R. Brault, Esq.