# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

**NABEEL YOUSIF,**
        *Plaintiff,*

                                                Case No.:  2:07-cv-13769

v.

                                                Hon.:  Patrick J. Duggan
                                                Referral Judge:  Steven R. Whalen


**ACUMENT GLOBAL TECHNOLOGIES, INC.,**
**TEXTRON FASTENING SYSTEMS, INC.,**
**TFS FASTENING SYSTEMS, LLC,**
**and ACUMENT FASTENING SYSTEMS LLC,**
        *Defendants.*

---

## ORDER OF DISMISSAL OF CASE WITH PREJUDICE

At a session of the Court held in the United States District Court,

State of Michigan, on October 8, 2008.


        PRESENT:  HON. PATRICK J. DUGGAN
                                U.S. DISTRICT COURT JUDGE


        Pursuant to the Stipulation of the Parties, and the Court otherwise being fully

advised in the premises;

        **IT IS HEREBY ORDERED** that the above-captioned case be dismissed in its

entirety with prejudice and without costs or attorney fees to either Party.  This Order

resolves the last pending claim and closes the case.



                        s/Patrick J. Duggan
                        Patrick J. Duggan
                        United States District Judge

Dated:  October 8, 2008October 8, 2008

925.020:DVS:35541-Stipulated Order Dismissing Case With Prejudice (10-8-08).doc

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 8, 2008, by electronic and/or ordinary mail.

<u>s/Marilyn Orem</u>
Case Manager

Approved as to Form and Substance:

**VAN SUILICHEM & ASSOCIATES, P.C.**    **DIB, FAGAN AND BRAULTS, P.C.**

**By:**  <u>s/Donald A Van Suilichem</u>          **By:**  <u>s/Darcie R. Brault (with consent)</u>
    **Donald A. Van Suilichem (P25632)**        **Darcie R. Brault (P43864)**
**and Kelly A. Van Suilichem (P69902)**    Attorneys for Plaintiff
Attorneys for Defendants            25892 Woodward Avenue
40900 Woodward Avenue              Royal Oak, MI  48067-0910
Suite 105                    Telephone:  (248) 542-6300
Bloomfield Hills, MI  48304          Fax:  (248) 542-6301
Telephone:  (248) 644-2419          dbrault@dibandfagan.com
Fax:  (248) 644-3963
dvslawyer@dvsemploymentlaw.com
kellyavan@aol.com

Dated:  October 8, 2008            Dated:  October 8, 2008

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**NABEEL Z. YOUSIF,**
        *Plaintiff,*

                          Case No.:  2:07-cv-13769

v.

                          Hon.:  Patrick J. Duggan
                          Referral Judge:  Steven R. Whalen

**ACUMENT GLOBAL TECHNOLOGIES, INC.,**
**TEXTRON FASTENING SYSTEMS, INC.,**
**TFS FASTENING SYSTEMS, LLC,**
 **and ACUMENT FASTENING SYSTEMS LLC,**
        *Defendants.*

925.020:DVS:35541-Stipulated Order Dismissing Case With Prejudice (10-8-08).doc

## <u>STIPULATION TO DISMISS CASE WITH PREJUDICE</u>

The Parties, by and through their respective attorneys, hereby stipulate and agree to dismiss this case in its entirety with prejudice and without costs or attorney fees to either Party.

**STIPULATED AND AGREED TO**:

| | |
|---|---|
| **VAN SUILICHEM & ASSOCIATES, P.C.** | **DIB, FAGAN AND BRAULTS, P.C.** |

**By:** s/Donald A Van Suilichem                            **By:** s/Darcie R. Brault (with consent)
     **Donald A. Van Suilichem (P25632)**             **Darcie R. Brault (P43864)**
**and Kelly A. Van Suilichem (P69902)**      Attorneys for Plaintiff
Attorneys for Defendants                              25892 Woodward Avenue
40900 Woodward Avenue                           Royal Oak, MI  48067-0910
Suite 105                                         Telephone:  (248) 542-6300
Bloomfield Hills, MI  48304                    Fax:  (248) 542-6301
Telephone:  (248) 644-2419                    dbrault@dibandfagan.com
Fax:  (248) 644-3963
dvslawyer@dvsemploymentlaw.com
kellyavan@aol.com

Dated:  October 8, 2008                                Dated:  October 8, 2008